AB:AP
F. #2023R00166

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   MAY 9, 2023   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANTONIO ROSARIO,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-205
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8),
924(d)(1) and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

Judge Pamela K. Chen
Magistrate Judge Marcia M. Henry

THE GRAND JURY CHARGES:

FELON IN POSSESSION OF A FIREARM

1. On or about October 16, 2022, within the Eastern District of New York and elsewhere, the defendant ANTONIO ROSARIO, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a 9mm Taurus semi-automatic pistol bearing serial number TLD 45582D.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not

limited to one silver 9mm Taurus PT 92 AFS semi-automatic pistol bearing serial number TLD 45582D and ammunition, seized on or about October 16, 2022, in Brooklyn, New York.

      3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c)).

A TRUE BILL

*Mary Beth Glickman*
FOREPERSON

By: *Whitman G.S. Knapp, Asst. U.S. Atty.*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2023R00166

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ANTONIO ROSARIO,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8), 924(d)(1) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C. § 2461(c))

*A true bill.*

*Mary Beth Gluckman*

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

Andrés Palacio, Assistant U.S. Attorney (718) 254-6215