# EXHIBIT B

Still Images from Body Cam Video Inside Deli





