# EXHIBIT 1

# Event Chronology -- D22101614467

## Summary

| Event Number/Type | Location | Event Times |
|---|---|---|
| D22101614467<br>52F1 (DISPUTE: FIREARM/INSIDE) | 272 BROADWAY BK<br>HAVEMEYER ST / MARCY AVE | Started 10/16/22 15:11:37<br>Created 10/16/22 15:14:31<br>First Dispatch 10/16/22 15:15:50<br>First Enroute 10/16/22 15:17:29<br>First Arrive 10/16/22 15:18:16 |
| **First Call** | **Assigned Units** | **Cross-References** | **Dispositions** |
| T-MOBILE USA, INC.<br>■■■■■■■■■■<br>LL(-73:57:32.1877,40:42:31.7303): EST 273 BROADWAY BK<br>Call Count 1 | 90B1-2<br>90ST1-2<br>90D1-2<br>90C2-2 | D22101614479 | D22101614467 92C |

☑ Include System Comments    ☐ Include Associated Events

## Report

**Total records returned: 91**

| Date/Time | Operator | Terminal | Details |
|---|---|---|---|
| 10/16/22 15:11:37 | 344663 | ps1-c061 | **ANI/ALI Number: 167608909**<br>Caller Name: T-MOBILE USA, INC.<br>Caller Phone: ■■■■■■<br>Location: 185 MARCY AVE - N SECTOR BROOKLYN<br>Company: TMOB<br>Service Class: WPH2<br>Latitude: +040.708814<br>Longitude: -073.958941<br>XY: XY(99563536,19751961) |
| 10/16/22 15:11:56 | 344663 | ps1-c061 | **ANI/ALI Number: 167608932**<br>Caller Name: T-MOBILE USA, INC.<br>Caller Phone: ■■■■■■<br>Location: 185 MARCY AVE - N SECTOR BROOKLYN<br>Company: TMOB<br>Service Class: WPH2<br>Latitude: +040.708814<br>Longitude: -073.958941 |

| | | | |
|---|---|---|---|
| | | | XY: XY(99563536,19751961) |
| 10/16/22 15:14:31 | 344663 | ps1-c061 | **D event D22101614467 created**<br>at 272 BROADWAY BK<br>Cross Street HAVEMEYER ST<br>Cross Street MARCY AVE<br>Name: T-MOBILE USA, INC.<br>Address: LL(-73:57:32.1877,40:42:31.7303): EST 273 BROADWAY BK<br>Call Source: ANI/ALI<br>Phone Number:<br>Zone: Z26<br>PCT/Sector: 90B<br>Type 52K1 (DISPUTE: KNIFE/INSIDE)<br>Precinct 90<br>Sector 90B<br>Status N<br>Priority 2 |
| 10/16/22 15:14:31 | 344663 | ps1-c061 | **Event Comment (User)**<br>NAME OF STORE...DUNKIN DONJUTS....DESC OF PERP...INTOX MALE.....WHITE...WRNG ALL BLACK..... |
| 10/16/22 15:14:31 | 344663 | ps1-c061 | **Event Comment (User)**<br>DISPUTE AT LOC... |
| 10/16/22 15:14:31 | 344663 | ps1-c061 | **Event Comment (User)**<br>MC |
| 10/16/22 15:14:31 | 344663 | ps1-c061 | **Event Comment (User)**<br>MC IS ARGUING WITH WORKERS AT LOC |
| 10/16/22 15:14:31 | 344663 | loi-search | **Event Comment (System)**<br>** LOI search completed at 10/16/22 15:14:31 |
| 10/16/22 15:14:38 | 344663 | ps1-c061 | **Event Comment (User)**<br>ANI-ALI-              T-MOBILE USA, INC. 185 MARCY AVE - N SECTOR BROOKLYN COS:WPH2 LAT: 040.708814 LON:-073.958941 OPER Lobur, Mary-c-MTPPDVCP300-161 |
| 10/16/22 15:14:54 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Status P |
| 10/16/22 15:14:54 | 364147 | ps1-d26 | **Event Comment (System)**<br>Event D22101614467 has been displayed by the covering dispatcher |
| 10/16/22 15:14:54 | 364147 | ps1-d26 | **Event Comment (System)**<br>** >>>> by: 364147 at 10/16/22 15:14:54 on terminal: ps1-d26 |
| 10/16/22 15:15:06 | 344663 | ps1-c061 | **Event Comment (User)**<br>CORR...MC...STS MALE IS ARGUING WITH WORKERS AT LOC |

| Date/Time | ID | Terminal | Event |
|---|---|---|---|
| 10/16/22 15:15:50 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Status D<br>First Unit Dispatched Time 10/16/22 15:15:50 |
| 10/16/22 15:15:50 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action DA |
| 10/16/22 15:15:50 | 364147 | ps1-d26 | **Event Comment (System)**<br>90B1-2 -- Event D22101614467 Dispatch Assigned |
| 10/16/22 15:15:53 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action DA |
| 10/16/22 15:15:53 | 364147 | ps1-d26 | **Event Comment (System)**<br>90ST1-2 -- Event D22101614467 Dispatch Assigned |
| 10/16/22 15:16:12 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action DA |
| 10/16/22 15:16:12 | 364147 | ps1-d26 | **Event Comment (System)**<br>90D1-2 -- Event D22101614467 Dispatch Assigned |
| 10/16/22 15:16:46 | 344663 | ps1-c061 | **Event Updated - D22101614467**<br>Agency Event Type Code 52F1<br>Agency Event Type Code Desc DISPUTE: FIREARM/INSIDE |
| 10/16/22 15:16:46 | 344663 | ps1-c061 | **Event Comment (System)**<br>** Event Type changed from 52K1 to 52F1 at: 10/16/22 15:16:46 |
| 10/16/22 15:16:46 | 344663 | ps1-c061 | **Event Comment (System)**<br>** >>>> by: MARY E. LOBUR on terminal: ps1-c061 |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (System)**<br>Routes D from incident 22101614479 cancelled and duplicated to D22101614467. |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (System)**<br>Duplicate Event:Location = 272 BROADWAY BK : ALIAS 272 BWAY BK:DUNKIN DONUTS, Cross Street 1 = HAVEMEYER ST, Cross Street 2 = MARCY AVE, Type = 39H1 OTHER CRIMES (IN PROGRESS): HARASSMENT/INSIDE, Subtype = default, Caller Name = METRO FRANCHISING COMMISSARY, Caller Ph Number = ▓▓▓▓▓▓▓▓▓▓ Caller Address = 272 BROADWAY BK: FLR GRD, Call Source = ANI/ALI |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (User)**<br>15:15:11 - ps1-c079 - FC ▓▓▓▓▓▓▓ CB ▓▓▓▓▓▓▓▓ -----MW---6X4---WRNG ALL BLK------HARRASSING WORKER----- ---- UNK WPN----- |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (User)**<br>15:15:11 - ps1-c079 - STS ML REF TO LEAVE--- |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (User)**<br>15:15:11 - ps1-c079 - ANI-ALI-▓▓▓▓▓▓▓▓ METRO FRANCHISING COMMISSARY 272 BROADWAY FLR GRD |

| | | | |
|---|---|---|---|
| | | | BROOKLYN COS:BUSN LAT: LON: OPER Lane, Fedina-c-MTPPDVCP300-167 |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (System)**<br>15:15:12 - loi-search - ** LOI search completed at 10/16/22 15:15:12 |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (System)**<br>End of Nearby Duplicate Event data |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Cross-Referenced to D22101614479** |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Event Comment (System)**<br>** Cross Referenced to Event # D22101614479 at: 10/16/22 15:16:48 |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Event Comment (System)**<br>** >>>> by: CHRISTINA R. CARR on terminal: ps1-d26 |
| 10/16/22 15:17:02 | 364147 | ps1-d26 | **Event Comment (System)**<br>AutoDial: ▮▮▮▮▮ for Event #: D22101614467 |
| 10/16/22 15:17:15 | 344663 | ps1-c061 | **Event Comment (User)**<br>❗ MC DID NOT SEE WPN......POSS FIREARM OR KNIVE HE PUT IN HIS PANTS |
| 10/16/22 15:17:29 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>First Unit Enrouted Time 10/16/22 15:17:29 |
| 10/16/22 15:17:29 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:17:30 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 1 |
| 10/16/22 15:17:30 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Status A |
| 10/16/22 15:17:30 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action DP<br>Location 272 BROADWAY BK |
| 10/16/22 15:17:30 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:17:30 | 364147 | ps1-d26 | **Event Comment (System)**<br>90B1-2 -- DA Auto Promote |
| 10/16/22 15:18:16 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>First Unit Arrived Time 10/16/22 15:18:16 |
| 10/16/22 15:18:16 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action 84<br>Location 272 BROADWAY BK |

| | | | |
|---|---|---|---|
| 10/16/22 15:18:19 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:18:20 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 2 |
| 10/16/22 15:18:20 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action DP<br>Location 272 BROADWAY BK |
| 10/16/22 15:18:20 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:18:20 | 364147 | ps1-d26 | **Event Comment (System)**<br>90D1-2 -- DA Auto Promote |
| 10/16/22 15:19:48 | 364147 | ps1-d26 | **Event Comment (User)**<br>MW TALL SKINNY SHOVED A OBJECT IN HIS WAISTBAND WALKING WITH A FW----D1107 |
| 10/16/22 15:21:01 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 3 |
| 10/16/22 15:21:01 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90C2-2 Route D Precinct 90 Action DP<br>Location 272 BROADWAY BK |
| 10/16/22 15:21:01 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90C2-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:21:03 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90C2-2 Route D Precinct 90 Action 84<br>Location 272 BROADWAY BK |
| 10/16/22 15:21:14 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:21:15 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 4 |
| 10/16/22 15:21:15 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action DP<br>Location 272 BROADWAY BK |
| 10/16/22 15:21:15 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action ER<br>Location 272 BROADWAY BK |
| 10/16/22 15:21:15 | 364147 | ps1-d26 | **Event Comment (System)**<br>90ST1-2 -- DA Auto Promote |
| 10/16/22 15:21:59 | 364147 | ps1-d26 | **Event Comment (User)**<br>CHKC B ---MC STS UNSURE WHAT TYPE OF WPN MALE |

| Date/Time | | | |
|---|---|---|---|
| | | | HAD PERP FLED LOC -----D1107 |
| 10/16/22 15:22:17 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action 84<br>Location 272 BROADWAY BK |
| 10/16/22 15:22:39 | 364147 | ps1-d26 | **Event Comment (User)**<br>🛑 90D1------FIREARM RECOVERED -----D1107 |
| 10/16/22 15:22:59 | 364147 | ps1-d26 | **Event Comment (User)**<br>🛑 90D1----1 ML STOPPED 298 BWAY ------D1107 |
| 10/16/22 15:27:48 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action 89<br>Location 272 BROADWAY BK |
| 10/16/22 15:27:48 | 364147 | ps1-d26 | **Event Comment (User)**<br>90B1-2 -- 84 with cv at sh |
| 10/16/22 15:29:22 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90C2-2 Route D Precinct 90 Action 82<br>Location 272 BROADWAY BK |
| 10/16/22 15:29:22 | 364147 | ps1-d26 | **Event Comment (User)**<br>90C2-2 -- under |
| 10/16/22 15:29:30 | 364147 | ps1-d26 | **Event Comment (User)**<br>2 UNDER |
| 10/16/22 15:31:58 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action UG<br>Location 272 BROADWAY BK |
| 10/16/22 15:31:59 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90C2-2 Route D Precinct 90 Action UG<br>Location 272 BROADWAY BK |
| 10/16/22 15:31:59 | 364147 | ps1-d26 | **Event Comment (User)**<br>90B1-2 -- Secondary Unit ID updated from 90B1 to 90B1-2 during logon unit [90B1-3] |
| 10/16/22 15:31:59 | 364147 | ps1-d26 | **Event Comment (User)**<br>90C2-2 -- Secondary Unit ID updated from 90C2 to 90C2-2 during logon unit [90C2-3] |
| 10/16/22 15:32:00 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action UG<br>Location 272 BROADWAY BK |
| 10/16/22 15:32:00 | 364147 | ps1-d26 | **Event Comment (User)**<br>90D1-2 -- Secondary Unit ID updated from 90D1 to 90D1-2 during logon unit [90D1-3] |
| 10/16/22 15:32:33 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action UG<br>Location 272 BROADWAY BK |
| 10/16/22 | 364147 | ps1-d26 | **Event Comment (User)** |

| Date/Time | User | Terminal | Event |
|---|---|---|---|
| 15:32:33 | | | 90ST1-2 -- Secondary Unit ID updated from 90ST1 to 90ST1-2 during logon unit [90ST1-3] |
| 10/16/22 15:51:15 | SYSTEM | ps1-ts04 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action ~<br>Location 272 BROADWAY BK |
| 10/16/22 15:51:15 | 332468 | ps1-ts04 | **Event Comment (System)**<br>90ST1-2 -- System Unit Alarm |
| 10/16/22 15:52:17 | SYSTEM | ps2-drp2 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action ~<br>Location 272 BROADWAY BK |
| 10/16/22 15:52:17 | 364108 | ps2-drp2 | **Event Comment (System)**<br>90D1-2 -- System Unit Alarm |
| 10/16/22 15:53:04 | 364147 | ps1-d26 | **Disposition Type 92C Assigned - D22101614467** |
| 10/16/22 15:53:04 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Primary Unit Id 90C2-2 |
| 10/16/22 15:53:04 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 3 |
| 10/16/22 15:53:04 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 2 |
| 10/16/22 15:53:04 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90C2-2 Route D Precinct 90 Action AV |
| 10/16/22 15:53:04 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90B1-2 Route D Precinct 90 Action AV |
| 10/16/22 15:53:05 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 1 |
| 10/16/22 15:53:05 | 364147 | ps1-d26 | **Event Updated - D22101614467**<br>Total Assigned Units 0 |
| 10/16/22 15:53:05 | 364147 | ps1-d26 | **Event Closed D22101614467** |
| 10/16/22 15:53:05 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90D1-2 Route D Precinct 90 Action AV |
| 10/16/22 15:53:05 | 364147 | ps1-d26 | **Unit Action - D22101614467**<br>Unit 90ST1-2 Route D Precinct 90 Action AV |

# Event Chronology -- D22101614479

## Summary

| Event Number/Type | Location | Event Times |
|---|---|---|
| D22101614479<br>39H1 (OTHER CRIMES (IN PROGRESS): HARASSMENT/INSIDE) | 272 BROADWAY BK: ALIAS 272 BWAY BK:DUNKIN DONUTS HAVEMEYER ST / MARCY AVE | Started 10/16/22 15:13:18<br>Created 10/16/22 15:15:11 |

| First Call | Assigned Units | Cross-References | Dispositions |
|---|---|---|---|
| METRO FRANCHISING COMMISSARY<br>[redacted]<br>272 BROADWAY BK: FLR GRD<br>Call Count 1 | | D22101614467 | D22101614479 DUPNCAN |

☑ Include System Comments   ☐ Include Associated Events

## Report

**Total records returned: 13**

| Date/Time | Operator | Terminal | Details |
|---|---|---|---|
| 10/16/22 15:13:18 | 339392 | ps1-c079 | **ANI/ALI Number: 167609022**<br>Caller Name: METRO FRANCHISING COMMISSARY<br>Caller Phone: [redacted]<br>Location: 272 BROADWAY BROOKLYN<br>Telco Comment: : FLR GRD<br>Company: VERIZ<br>Service Class: BUSN |
| 10/16/22 15:15:11 | 339392 | ps1-c079 | **D event D22101614479 created**<br>at 272 BROADWAY BK: ALIAS 272 BWAY BK:DUNKIN DONUTS<br>Cross Street HAVEMEYER ST<br>Cross Street MARCY AVE<br>Name: METRO FRANCHISING COMMISSARY<br>Address: 272 BROADWAY BK: FLR GRD<br>Call Source: ANI/ALI<br>Phone Number: [redacted]<br>Zone: Z26<br>PCT/Sector: 90B<br>Type 39H1 (OTHER CRIMES (IN PROGRESS): |

| | | | |
|---|---|---|---|
| | | | HARASSMENT/INSIDE)<br>Precinct 90<br>Sector 90B<br>Status N<br>Priority 5 |
| 10/16/22 15:15:11 | 339392 | ps1-c079 | **Event Comment (User)**<br>FC ▮▮▮▮ CB ▮▮▮▮-----MW---6X4---WRNG ALL BLK------HARRASSING WORKER--- ---- UNK WPN----- |
| 10/16/22 15:15:11 | 339392 | ps1-c079 | **Event Comment (User)**<br>STS ML REF TO LEAVE--- |
| 10/16/22 15:15:11 | 339392 | ps1-c079 | **Event Comment (User)**<br>ANI-ALI-▮▮▮▮ METRO FRANCHISING COMMISSARY 272 BROADWAY FLR GRD BROOKLYN COS:BUSN LAT: LON: OPER Lane, Fedina-c-MTPPDVCP300-167 |
| 10/16/22 15:15:12 | 339392 | loi-search | **Event Comment (System)**<br>** LOI search completed at 10/16/22 15:15:12 |
| 10/16/22 15:16:47 | 364147 | ps1-d26 | **Event Comment (System)**<br>Route cancelled: D22101614479. Duplicate of incident kept: D22101614467 |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Disposition Type DUPNCAN Assigned - D22101614479** |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Cross-Referenced to D22101614467** |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Event Closed D22101614479**<br>Duplicate and Cancel |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Event Updated - D22101614479**<br>Closing Comment Duplicate and Cancel |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Event Comment (System)**<br>** Cross Referenced to Event # D22101614467 at: 10/16/22 15:16:48 |
| 10/16/22 15:16:48 | 364147 | ps1-d26 | **Event Comment (System)**<br>** >>>> by: CHRISTINA R. CARR on terminal: ps1-d26 |