# EXHIBIT 3

## 911 Transcript – Employee-2

**911 Operator:** New York City 911 do you need the police, fire or medical?

**Caller:** Yeah, um can I have a patrol car come to uh 2-7-2 Broadway and Havemeyer?

**911 Operator:** 2-7-2 Broadway?

**Caller:** Yeah.

**911 Operator:** Okay. Uh, this is…

**Caller:** Unintelligible

**911 Operator:** Just give me a second, okay? 2-7-2 Broadway in Brooklyn, I'm showing that by Havemeyer and Marcy Avenue. Havemeyer street. What is the 911 emergency, sir?

**Caller:** Um there's, there's a guy here arguing for six donuts and I think that he brought a weapon inside trying to do something to the co-workers 'cause, can you guys come pretty quick because he has the weapon on him and I don't want no one to get harmed or hurt.

**911 Operator:** Do you know what kind of weapon it is?

**Caller:** No, because he shoved it inside his pants, so I don't know if it's a knife or if it's a gun.

1

**911 Operator:** Okay, I'll put uh . . . ok, what is the name of the store?

**Caller:** Uh Dunkin Donuts. It's Dunkin Donuts at 2-7-2 Broadway.

**911 Operator:** Okay and uh do you have a description of him?

**Caller:** Yeah, he's – he's- he's intoxicated. He's like a little bit taller than me, he's like uh . . . .

**911 Operator:** Is he White, Black, Hispanic, Asian?

**Caller:** Um he's white but I think he's mixed with Spanish.

**911 Operator:** Okay, what is he wearing?

**Caller:** He's wearing all black.

**911 Operator:** Okay, your name?

**Caller:** Huh?

**911 Operator:** Okay and he's having a dispute [unintelligible]

**Caller:** Alright. Thank you.

**911 Operator:** You're welcome.

**Caller:** Yeah, I can still hear him arguing with them.

**911 Operator:** Okay, I'm gonna put possible knife as well.

**911 Operator:** Hello sir, uh your name?

2

**Caller:** Yeah, my name is [REDACTED].

**911 Operator:** And your telephone number?

**Caller:** Uh yeah, this is my personal phone.

**911 Operator:** And he's arguing with the workers at the store, right?

**Caller:** Yeah, yeah he's still going.  I just need you guys to come before [unintelligible] . . . .

**911 Operator:** Okay, alright the call is in. Thank you for calling. [Unintelligible] as soon as possible operator 1251.

**Caller:** Okay, thank you guys.

**911 Operator:** You're welcome.

***End***

3