# EXHIBIT 6

# (provided to the Court and defense counsel via USB drives)