# EXHIBIT 7

<u>**Relevant Radio Run Transcript**</u>

**(Start at 00:15)**

<u>**Female Dispatch Operator:**</u> I need you to respond to a 52 with a knife. I have 2-7-2 Havemeyer to Marcy.  A Dunkin Donuts. I have an intox male wearing all black. I'm gonna check to see if a knife was displayed. 9-0 sergeant? 9-0 sergeant? [unintelligible]

<u>**Male Responder:**</u> [unintelligible]

<u>**Female Dispatch Operator:**</u> I've got a 52 with a knife 2-7-2 Broadway [unintelligible].

<u>**Male Responder**</u>: [Unintelligible]

<u>**Female Dispatch Operator:**</u> 10-4

<u>**Male Responder:**</u> [Unintelligible] Are you ready for me?

<u>**Female Dispatch Operator:**</u> Affirmative. I have you responding to a 52 with a knife 2-7-2 Broadway.

<u>**Male Responder:**</u> [Unintelligible]of the job.

<u>**Female Dispatch Operator:**</u> It's gonna be 52 with a knife. 2-7-2 Broadway Havemeyer to Marcy the Dunkin Donuts. I have an intox male wearing all black.

<u>**Male Responder:**</u> [unintelligible]

1

**Female Dispatch Operator:** Alright be advised the call was just changed to a 52 with a firearm.

\*\*\*Dial tone\*\*\*

**Male Responder:** Check that callback [unintelligible]

**Female Dispatch Operator:** I'm ringing it now. I'll keep you advised, okay?

**Male Caller:** Hello?

**Female Dispatch Operator:** Hi, New York City police department. You called for the police at 2-7-2 Broadway?

**Male Caller:** Yeah-yeah but-but he already left though.

**Female Dispatch Operator:** Okay. Did he have a knife? Or a firearm? A gun?

**Male Caller:** Yeah he had some type of weapon because, um, whatever he had he shoved it in his pants.

**Female Dispatch Operator:** Okay, but was it a knife or a gun?

**Male Caller:** I couldn't tell because he-he- had it discreet so I couldn't tell.

**Female Dispatch Operator:** Alright, no problem.

**Male Responder:** [unintelligible] . . . description

**Female Dispatch Operator:** Where did he go?

2

**Male Caller:** Um one he's intoxicated so-

**Female Dispatch Operator:** Where did he go? Where did he go? Is he still inside the store?

**Male Caller:** No-no he left but I think he's with a woman but I don't know what car they're in. I'm outside right now trying to look but I can't find them.

**Female Dispatch Operator:** You don't see him?

**Male Caller:** No.

**Female Dispatch Operator:** Alright, no problem I'll let them know. Okay, they're coming.

**Male Caller:** Alright.

**Female Dispatch Operator:** Thank you.

**Female Dispatch Operator:** Hi in regard to 2-7-2 Broadway I just got off the line with the callback. The caller states he's not sure if it was a gun or a knife that he saw but the perp is no longer at the location. And um the complainant is going to be waiting outside for you guys.

**Male Responder:** [unintelligible]

**Female Dispatch Operator:** Fifteen-eighteen.

***Silence***

**Male Responder:** [unintelligible] Please be advised we are looking for a male white, tall, skinny wearing all black shoved some type of object in his waistband walking with a white female.

**(Start at 03:50)**